# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 - 10 inclusive,<br><br>Defendants. | Case No. 1:14-cv-01495-LJO-EPG<br><br>The Hon. Lawrence J. O'Neill<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** |

The Court, having read and considered the Stipulation to Dismiss Without Prejudice and good cause appearing therefore, HEREBY ORDERS that the entirety of the action is dismissed without prejudice, with each party to bear its own costs as to that claim.

IT IS SO ORDERED.

Dated: **July 29, 2016**       **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE